UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ADRIENNE BUCHANAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-0305-CLC-SKL |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is a motion to withdraw filed by Plaintiff Adrienne Buchanan's counsel of record, Jason S. Mangrum [Doc. 30]. The motion fails to fully comply with the requirements of E.D. Tenn. L.R. 83.4(g). While the motion states that an attached notice of withdrawal letter was sent to Plaintiff, but no attachment was filed. Attorney Mangrum states in his certification that the motion to withdraw, which was filed April 27, 2022, was mailed to Plaintiff on April 26, 2022; however, Local Rule 83.4(g)(3) requires that, "[u]nless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is attached to the motion, [an attorney must] provide a copy of the motion to the client at least 14 days prior to the date the motion is filed."

Accordingly, Attorney Mangrum's motion to withdraw [Doc. 30] is **DENIED WITHOUT PREJUDICE** to the refiling of a motion that fully complies with the applicable local rules.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE